UNITED STATES DISTRICT COURT
for
**WESTERN DISTRICT OF TENNESSEE**

FILED BY ____ D.C.

05 AUG 25 PM 4: 36

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

U. S. A. vs. DINAH L. DOLLAHITE                          Docket No. 2:01CR20029-001

Petition on Probation and Supervised Release

**COMES NOW** __Nicole D. Peterson__ **PROBATION OFFICER OF THE COURT** presenting an official report upon the conduct and attitude of _Dinah L. Dollahite_ who was placed on supervision by the Honorable __Julia Smith Gibbons__ sitting in the Court at _Memphis, TN_ on the _24th_ day of _August, 2000_ who fixed the period of supervision at _three (3) years*_, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

(1)     The defendant shall make full financial disclosure as directed by the probation office.

(2)     The defendant shall make no new financial transactions without prior approval of the probation office.

(3)     The defendant's employment shall be approved by the probation office.

(4)     The defendant shall participate in Mental Health counseling and treatment as deemed appropriate by the probation office.

(5)     The defendant shall pay restitution in the amount of $35,900.00 (remaining balance: $35,650.00).

*       Term of Supervised Release began on September 6, 2002.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Ms. Dollahite has failed to satisfy her restitution obligation of $35,900.00. She continues to owe a balance of $35,650.00. During her term of supervision, Ms. Dollahite lost her job and it was difficult to find another. She did obtain employment, but has recently had her hours reduced. When possible, Ms. Dollahite made payments of $50.00 to $150.00 per month. A review of her finances indicated that she would be able to pay $50.00 monthly toward her outstanding financial obligation. She has signed an agreement with the U.S. Attorney's Office/Financial Litigation Unit and will start making payments on September 10, 2005 in the amount of $50.00 monthly toward her restitution.

**PRAYING THAT THE COURT WILL ORDER** that Ms. Dollahite's term of Supervised Release be allowed to terminate as scheduled on September 5, 2005 with the understanding that the U.S. Attorney's Office/Financial Litigation Unit will be responsible for the continued collection of restitution.

**ORDER OF COURT**                                          Respectfully,

Considered and ordered this 23rd day
of Aug, 20 05, and ordered filed          This document entered on the docket sheet in compliance
and made a part of the records in the above      with Rule 55 and/or 32(b) FRCrP on 8-26-05
case.
_____          _____
United States District Judge                     Nicole D. Peterson
                                                 United States Probation Officer

                                                 Place: Memphis, TN

                                                 Date: August 19, 2005



# Notice of Distribution

This notice confirms a copy of the document docketed as number 22 in case 2:01-CR-20029 was distributed by fax, mail, or direct printing on August 26, 2005 to the parties listed.

Ronald W. Lewis
LAW OFFICE OF RONALD W. LEWIS
607 South Lamar
P.O. Box 207
Oxford, MS 38655

Carroll L. Andre
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT